United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maximilian J. Donahue  
    Debtor

Case No. 19-14491-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 2     Date Rcvd: Oct 18, 2019  
                    Form ID: pdf900     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.

```
db           +Maximilian J. Donahue,   2001 Pottstown Pike,   Pottstown, PA 19465-8671
14381149      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
14358262     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
14393472      BlueWater Investment Holdings, LLC,   PO Box 814609,   Dallas, TX  75381-4609
14400605     +Bluewater Investment Holdings, LLC,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14399665     +Bluewater Investment Holdings, LLC,   C/O KML Law Group,   701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
14393982     +Fay Servicing, LLC,   c/o MCCALLA RAYMER LEIBERT PIERCE, LLC,   1544 Old Alabama Road,
               Roswell, GA 30076-2102
14392974     +Fay Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
               1544 Old Alabama Road,   Roswell, GA 30076-2102
14358263     +Harleysville Natl B&t,   4910 Tiedeman Road,   Brooklyn, OH 44144-2338
14358265    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
               Frederick, MD 21701)
14367570      Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
               1000 Blue Gentian Road,   Eagan MN 55121-7700
14372001      Wells Fargo Bank, NA,   c/o Karina Velter, Esq.,   P.O. Box 165028,   Columbus, OH 43216-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:45    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 19 2019 03:46:17    KeyBank N.A.,
               4910 Tiedeman Road,   Brooklyn, OH 44144-2338
14361438      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2019 03:52:19    CACH, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14369208     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 19 2019 03:46:17    KeyBank, NA,
               4910 Tiedeman Rd.,   Brooklyn, OH 44144-2338
14374483      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:43
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, Pa. 17128-0946
14358632     +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:08    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14359215     +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:08    Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14358264     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 19 2019 03:44:58
               Verizon Wireless,   Po Box 650051,   Dallas, TX 75265-0051
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*           BlueWater Investment Holdings, LLC,   PO Box 814609,   Dallas, TX  75381-4609
cr*          +Fay Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Dept,
               1544 Old Alabama Road,   Roswell, GA 30076-2102
cr*          +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Oct 18, 2019
                              Form ID: pdf900             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              BRIAN THOMAS LANGFORD    on behalf of Creditor    KeyBank N.A. PitEcf@weltman.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              JOSEPH L QUINN    on behalf of Debtor Maximilian J. Donahue CourtNotices@rqplaw.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    BlueWater Investment Holdings, LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BlueWater Investment Holdings, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      Chapter 13
MAXIMILIAN  J. DONAHUE

                Debtor                        Bankruptcy No. 19-14491-MDC

# O R D E R

       **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 17, 2019

                                         _____
                                            Magdeline D. Coleman
                                            Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

Debtor:
MAXIMILIAN  J. DONAHUE

2001 POTTSTOWN PIKE

POTTSTOWN, PA 19465-